IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DACQUIRI POPLAR,
    Plaintiff

-vs-                                          CASE NO.2:10-cv-12089-DPH-VMM
                                            HON. DENISE PAGE HOOD

I.C. SYSTEM, INC.
    Defendant
_____/
NOSA ADUWA  P58212
UAW Legal Services Plan
Attorney for Plaintiff
5125 Exchange Drive
Flint, Michigan 48507
(810) 257-0430
_____/

**NOTICE TO SET ASIDE DEFAULT AND TO DISMISS CASE
WITH PREJUDICE**

The Plaintiff's moves to set aside the default and to voluntarily dismiss the action because:

1. The parties have come to an amicable resolution resolving Plaintiff's claim.
2. That no answer or motion has been served upon the Plaintiff by the Defendant as of the date of this notice.
3. A copy of this notice and proposed Order has been provided to the Defendant by mail.

WHEREFORE, Plaintiff respectfully requests that the default entered on June 23, 2010 be set aside and that the case be dismissed with prejudice as to the Defendant, I. C. System, Inc.


Dated: July 6, 2010                                  s/Nosa Aduwa
                                                      Attorney for Plaintiff
                                                      P58212
                                                      5125 Exchange Drive
                                                      Flint, Michigan 48507
                                                      810-257-0430
                                                      nosaad@uawlsp.com