IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DACQUIRI POPLAR,
    Plaintiff

-vs-                                               CASE NO.2:10-cv-12089-DPH-VMM
                                                   HON. DENISE PAGE HOOD

I.C. SYSTEM, INC.
    Defendant
_____/
NOSA ADUWA  P58212
UAW Legal Services Plan
Attorney for Plaintiff
5125 Exchange Drive
Flint, Michigan 48507
(810) 257-0430
_____/

ORDER SETTING ASIDE DEFAULT AND DISMISSING CASE

This matter having come before the court on Plaintiff's Notice to set aside the default and to dismiss case, and it appearing there is sufficient cause for same:

IT IS HEREBY ORDERED that the default is set aside.

IT IS FURTHER ORDERED that this case is dismissed with prejudice.

                                                                s/ DENISE PAGE HOOD
                                                                 DENISE PAGE HOOD
                                                                 U. S. DISTRICT JUDGE

Dated:  July 6, 2010